OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 11, 2017

Raymond J. DiCamillo, Esq.
Richards Layton & Finger
920 North King Street
One Rodney Square
Wilmington, DE 19801

Nathan P. Eimer, Esq.
Eimer Stahl
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Samuel Taylor Hirzel II, Esq.
Proctor Heyman Enerio
300 Delaware Avenue
Suite 200
Wilmington, DE 19081

Travis S. Hunter, Esq.
Richards Layton & Finger
920 North King Street
One Rodney Square
Wilmington, DE 19801

Lisa S. Meyer, Esq.
Eimer Stahl
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Jeffrey L. Moyer, Esq.
Richards Layton & Finger
920 North King Street

One Rodney Square
Wilmington, DE 19801

Kenneth J. Nachbar, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: Crystallex International Corp v. Petroleos de Venezuela SA, et al
Case Number: 17-8001
District Case Number: 1-15-cv-01082

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

To All Parties:

The Clerk has received a petition for leave to appeal filed by **PDV Holding Inc**, docketed at **No. 17-8001**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Counsel for Petitioner**
As counsel for Petitioner(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form; and,
3. Disclosure Statement (except governmental entities).
These forms must be filed within **fourteen (14) days of the date of this letter**.

Should the Court grant the petition for leave to appeal, additional forms and the appellate portion of the filing and docketing fee will be required.

Any response in opposition must be filed **within ten (10) days** of the date of this letter. **All responses must be accompanied by an Appearance Form and Disclosure Statement.** The petition and any response(s) will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court.

Parties who do not intend to participate in the petition must notify the Court in writing.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: Maria, Case Manager
267-299-4937