UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 25, 2017
ACO-043

No. 17-8001

CRYSTALLEX INTERNATIONAL CORP.

v.

PETROLEOS DE VENEZUELA, S.A.; PDV HOLDING, INC.;
CITGO HOLDING, INC.

PDV Holding, Inc.,
Petitioner

(D. Del. No. 1-15-cv-01082)

Present: MCKEE, JORDAN and RESTREPO, Circuit Judges

1. Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) filed by Petitioner PDV Holding Inc..

2. Response filed by Respondent Crystallex International Corp Petition for Permission to Appeal under 28 U.S.C. Section 1292(b).

Respectfully,
Clerk/JK

_____ORDER_____
The foregoing Motion for Permission to Appeal under 28 U.S.C. Section 1292(b) filed by Petitioner PDV Holding Inc. is hereby granted.

By the Court,

s/Theodore A. McKee
Circuit Judge

Dated: February 10, 2017
JK/cc: All Counsel of Record



A True Copy:

Marcia M. Waldron, Clerk